UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DALE DRAWHORN,<br><br>Plaintiff,<br><br>v.<br><br>CRAIS KOENIG, et al.,<br><br>Defendants. | Case No. 19-cv-01269-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Correctional Training Facility – Soledad, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On April 18, 2019, the Court determined that the complaint failed to state a claim upon which relief may be granted. Dkt. No. 9. The Court granted Plaintiff leave to file an amended complaint no later than May 16, 2019, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 4. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 5/31/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge