UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DALE DRAWHORN, <br> Plaintiff, <br> v. <br> CRAIS KOENIG, et al., <br> Defendants. | Case No. 19-cv-01269-HSG <br><br> **JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is DISMISSED for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: 5/31/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge